IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN CARMICHAEL,

    Plaintiff,

v.                                           CASE NO. 4:16cv238-RH/CAS

JULIE JONES et al.,

    Defendants.

_____/

## ORDER LEAVING OPEN THE MOTION
## FOR A PRELIMINARY INJUNCTION

    The plaintiff is a prisoner in the Florida Department of Corrections. He alleges—and has sworn—that he has cataracts, that he needs surgery, and that the Department's own doctors have confirmed this. He alleges the Department has said he nonetheless does not qualify for the surgery, based on undisclosed (but apparently non-medical) criteria. The plaintiff has moved for a preliminary injunction.

    The motion is before the court on the report and recommendation, ECF No. 6, and the objections, ECF No. 7. I have reviewed *de novo* the issues raised by the objections.

The motion is sufficient to require a response.  The difficulty is that, as set out in a separate order, the plaintiff must file an amended complaint, properly alleging the basis for asserting a claim against each named defendant.  Process has not been served.  The defendants have not appeared.

When the plaintiff files an amended complaint and any proper defendants appear, the defendants should be required to respond to the preliminary-injunction motion.  If, as the plaintiff asserts, he needs surgery but the defendants have refused to provide it, a preliminary injunction may be appropriate.  Indeed, if the circumstances are as straightforward as the plaintiff alleges, the merits and preliminary-injunction motion probably can be consolidated, and the case can be promptly resolved.  Of course, things are often not as straightforward as a plaintiff alleges.  This order expresses no view on the merits of the preliminary-injunction motion.

For these reasons,

IT IS ORDERED:

The report and recommendation, ECF No. 6, is accepted in part.  A preliminary injunction is not entered at this time.  The case is remanded to the

magistrate judge for further proceedings. When a defendant appears, the defendant should be required to respond to the preliminary-injunction motion.

SO ORDERED on July 8, 2016.

s/Robert L. Hinkle<br>
United States District Judge