IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN CARMICHAEL,

    Plaintiff,

v.                                CASE NO. 4:16cv238-RH/CAS

JULIE JONES et al.,

    Defendants.

_____/

## ORDER ON MOTIONS TO DISMISS

This case is before the court on the magistrate judge's second report and recommendation, ECF No. 44. Some of the defendants have acquiesced, ECF No. 48, and neither the plaintiff nor any defendant has objected. Upon consideration,

    IT IS ORDERED:

    1. The report and recommendation is accepted.

    2. The motions to dismiss, ECF Nos. 24, 32, and 36, are granted in part and denied in part. The claims are limited as set out in the report and recommendation.

    3. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

4. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on June 17, 2017.

            <u>s/Robert L. Hinkle      </u>
            United States District Judge